STATE v. WHITE

No. 511PA99

Case below: 135 N.C.App. 349; 351 N.C. 120

Joint motion by plaintiff and defendant to dissolve stay and supersedeas and to withdraw grant of discretionary review allowed 2 December 1999. Motion by defendant to dismiss petition for discretionary review dismissed as moot 2 December 1999. Motion by defendant to dissolve temporary stay supersedeas dismissed as moot 2 December 1999.

WATSON v. DIXON

No. 103A99

Case below: 130 N.C.App. 47

Petition by defendant for writ of supersedeas allowed 2 December 1999. Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 2 December 1999.


PETITION TO REHEAR

SARA LEE CORP. v. CARTER

No. 271P98-2

Case below: 351 N.C. 27

Petition by defendant to rehear pursuant to Rule 31 denied 2 December 1999.